■ THOMAS JOHNSON, INC., Respondent, v STATE INSURANCE FUND, Appellant. [855 NYS2d 396]—Appeal from a judgment (denominated order) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 26, 2007 in a declaratory judgment action. The judgment, among other things, granted in part plaintiff's cross motion for summary judgment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed with costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We add only that defendant's contention that the court has no subject matter jurisdiction over this declaratory judgment action is without merit (see CPLR 3001; cf. D'Angelo v State Ins. Fund, 48 AD3d 400 [2008]; see generally Hallock v State of New York, 32 NY2d 599, 603 [1973]). Present—Scudder, P.J., Hurlbutt, Smith and Gorski, JJ.